FILED
2015 NOV -3 PM 1:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

COPY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 15 CR 15 00606 |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) [21 U.S.C. § 846: Conspiracy |
| ANDREW HARRISON KRAMER, | ) to Distribute Marijuana] |
| Defendant. | ) |

The United States Attorney charges:

[21 U.S.C. § 846]

A.  OBJECT OF THE CONSPIRACY

Beginning on a date unknown, and continuing until at least in or about April 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendant ANDREW HARRISON KRAMER ("KRAMER"), and others known and unknown to the United States Attorney, conspired and agreed with each other to knowingly and intentionally distribute at least 1000 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii).

B. **MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED**

The object of the conspiracy was to be accomplished in substance as follows:

1. Defendant KRAMER and uncharged co-conspirators would own and operate businesses in Los Angeles County, California, involved in the distribution of marijuana ("defendant KRAMER's marijuana businesses").

2. Defendant KRAMER and uncharged co-conspirators would arrange for the purchase of large quantities of marijuana from various suppliers for further distribution.

3. Defendant KRAMER and uncharged co-conspirators would distribute dozens of kilograms of marijuana per month to customers of defendant KRAMER's marijuana businesses.

4. Uncharged co-conspirators would ship marijuana from defendant KRAMER's marijuana businesses to customers in South Carolina, North Carolina, and elsewhere in the United States.

5. Defendant KRAMER and uncharged co-conspirators would deposit proceeds from the sale of marijuana into financial accounts controlled by defendant KRAMER, uncharged co-conspirators, and others who acted on the behalf of defendant KRAMER.

6. Defendant KRAMER and others, who were acting on his behalf, would load proceeds from the sale of marijuana into Automated Teller Machines ("ATMs") located at defendant KRAMER's marijuana businesses. The ATMs would be used by customers to withdraw cash to pay for marijuana sold at defendant KRAMER's marijuana businesses. The companies that serviced the ATMs for

defendant KRAMER would then direct electronic payments to various accounts controlled by defendant KRAMER as reimbursement for the funds withdrawn from the ATMs, which would have the effect of concealing the source of the money generated by defendant KRAMER's marijuana businesses.

C.  OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, on or about the following dates, defendant KRAMER and uncharged co-conspirators committed various overt acts within the Central District of California, and elsewhere, including but not limited to the following:

1.  Between the year 2006 and, at least, February 2014, defendant KRAMER and uncharged coconspirators established, owned, and operated the following businesses used as locations to distribute marijuana: Zen Healing, also known as ("aka") Zen Healing Collective, located on Santa Monica Boulevard, West Hollywood, California ("ZHC"); West Hollywood Center for Compassionate Healing, aka the Sunset Shop Incorporated, located on Sunset Boulevard, West Hollywood, California ("WHCCH"); Alternative Herbal Health Services, located on Santa Monica Boulevard, West Hollywood, California ("AHHS"); Marina Caregivers, located on Washington Boulevard, Marina Del Rey, California ("MC"); Westwood Caregivers LLC, located in Los Angeles, California ("WC"); La Brea Compassionate Caregivers, located on North La Brea, Los Angeles, California ("LBCC"); Mecca Natural Medicine, located on West Washington Boulevard, Los Angeles, California ("MNM"); and North Valley Discount Caregivers, located on Devonshire Boulevard, Granada Hills,

California ("NVDC"), collectively, "defendant KRAMER's marijuana businesses."

2. On February 19, 2008, two uncharged co-conspirators ("CC1" and "CC2"), on defendant KRAMER's behalf, opened Wells Fargo bank account XXXXXX9438 in the name "Victory Financial Services" for use in depositing drug proceeds generated from defendant KRAMER's marijuana businesses.

3. Between approximately January 2009 and September 2010, defendant KRAMER, or others acting at his direction, deposited over $500,000 in drug proceeds generated from defendant KRAMER's marijuana businesses into Wells Fargo bank account XXXXXX9438.

4. On April 29, 2009, defendant KRAMER opened Wells Fargo Bank account number XXXXXX7418 for use in depositing drug proceeds generated from the operation of ZHC.

5. On September 21, 2010, from South Carolina, drug traffickers sent a package addressed to ZHC that contained approximately $18,000 in drug proceeds.

6. In February 2011, CC1, acting at defendant KRAMER's direction, opened a bank account for WC with an initial deposit of $332,355, which consisted of drug proceeds generated from defendant KRAMER's marijuana business.

7. On March 15, 2011, at ZHC, defendant KRAMER and others acting at his direction possessed approximately 441 kilograms of marijuana and marijuana products that were available for sale at that location. On that day, 542 marijuana plants and $271,000 in drug proceeds were stored at ZHC.

8. On March 15, 2011, at AHHS, defendant KRAMER and others acting at his direction possessed approximately 149

1  kilograms of marijuana and marijuana products that were
2  available for sale at that location. On that day, 251 marijuana
3  plants and $34,000 in drug proceeds were stored at AHHS.
4     9. On December 28, 2012 and January 15, 2013, defendant
5  KRAMER and CCI possessed drug proceeds sent from drug
6  traffickers in North Carolina and South Carolina that had been
7  deposited into Wells Fargo Bank account XXXXXX0202.
8     10. On April 16, 2013, at ZHC, defendant KRAMER and others
9  acting at his direction possessed approximately 569 kilograms of
10 marijuana that were available for sale to customers at that
11 location. On that day, $89,922 in drug proceeds were stored at
12 ZHC.
13    11. On April 16, 2013, at MC, defendant KRAMER and others
14 acting at his direction possessed approximately 158 kilograms of
15 marijuana and marijuana products that were available for sale to
16 customers at that location. On that day, approximately, $50,000
17 in drug proceeds were stored at MC.
18    12. On April 16, 2013, at AHSS, defendant KRAMER and
19 others acting at his direction possessed approximately 147
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

kilograms of marijuana and marijuana products that were available for sale at that location.  On that day, $36,512 in drug proceeds were stored at AHSS.

EILEEN M. DECKER
United States Attorney

*[signature]*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime Drug
Enforcement Task Force Section

BENJAMIN R. BARRON
Assistant United States Attorney
Deputy Chief, Organized Crime Drug
Enforcement Task Force Section

J. MARK CHILDS
Assistant United States Attorney
Organized Crime Drug Enforcement
Task Force Section