NFPV

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
Assistant United States Attorney
OCDETF Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2433
    Facsimile: (213) 894-0911
    E-mail:    mark.childs@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
NOV - 4 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15 00606 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| ANDREW HARRISON KRAMER, | |
| Defendant. | |

    THE COURT FINDS that the government has established probable cause to believe that an offense has been committed and the defendant, ANDREW HARRISON KRAMER, committed said offense.

//
//
//
//
//
//
//
//

1 //

2     IT IS HEREBY ORDERED that the government's request for a Warrant for Arrest is GRANTED and the Clerk's Office is directed to issue the Warrant for Arrest of defendant to appear soon thereafter in federal court.

    IT IS SO ORDERED.

11/4/15
DATE

**ALKA SAGAR**
UNITED STATES MAGISTRATE JUDGE

Presented by:

J. MARK CHILDS
Assistant United States Attorney