# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number **CR 15 00606**

U.S.A. v. Andrew Harrison Kramer

☐ Indictment   ☒ Information

Defendant Number 1

Year of Birth 1974

Investigative Agency (FBI, DEA, etc.) DEA

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense
☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☒ Felony

b. Date of Offense: 2006 to 2013

c. County in which first offense occurred:

Los Angeles County

d. The crimes charged re alleged to have been committed in:

CHECK **ALL** THAT APPLY

☒ Los Angeles   ☐ Ventura
☐ Orange   ☐ Santa Barbara
☐ Riverside   ☐ San Luis Obispo
☐ San Bernardino   ☐ Other _____

Citation of Offense

21 USC 846 - Conspiracy to Distribute Marijuana

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No   ☐ Yes

If YES   Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any, **MUST MATCH NOTICE OF RELATED CASE** _____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: _____

Case Number _____

Charging _____

_____

The complaint:   ☐ is still pending

☐ was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented:   ☐ No   ☐ Yes

If YES, provide, Name: _____

Phone Number: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*   ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief:
☐ Yes*   ☒ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?   ☐ Yes   ☒ No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in case-in-chief?
☐ Yes*   ☐ No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes    ☒ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?    ☐ YES    ☒ NO
If YES, list language and/or dialect: _____

**OTHER**

☒ Male           ☐ Female
☒ U.S. Citizen   ☐ Alien
Alias Name(s) _____

This defendant is charged in:    ☒ All counts
☐ Only counts: _____
☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?          ☐ Yes    ☒ No
If YES, should matter be sealed?  ☐ Yes    ☒ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud   ☐ public corruption
☐ government fraud              ☐ tax offenses
☐ environmental issues          ☐ mail/wire fraud
☒ narcotics offenses            ☐ immigration offenses
☐ violent crimes/firearms       ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
a. PSA supervision:    ☐ Yes    ☐ No
c. Is on bail or release from another district: _____

Defendant is **in** custody:
b. Place of incarceration:    ☒ State    ☐ Federal
c. Name of institution: Men's Central Jail in Los Angeles
d. If Federal: U.S. Marshal's Registration Number: _____

e. ☐ Solely on this charge. Date and time of arrest: _____

f. On another conviction:    ☐ Yes    ☐ No
   IF YES:   ☐ State    ☐ Federal    ☐ Writ of issue

g. Awaiting trial on other charges:    ☒ Yes    ☐ No
   IF YES:   ☒ State    ☐ Federal    AND

Name of Court: Los Angeles County Superior Court
Date transferred to federal custody: Nov. 16, 2015
This person/proceeding is transferred from another district
Pursuant to F.R.Cr.P.    ____ 20    ____ 21    ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: Currently, defendant is in state custody, awaiting trial on state charges. After defendant makes his initial appearance on the information, defendant will be returned to state custody. 18 USC 3161 (h)(1)(B).

Date: 11-2-15

//S//
Signature of Assistant U.S. Attorney

J. Mark Childs
Print Name