Name, Address and Phone number of Attorney(s)
J. MARK CHILDS (Cal. SBN: 162684)
Assistant United States Attorney
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2433

FILED
2015 NOV -9  AM 11: 39
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR CASE NUMBER  15 - 606 |
| v. | |
| ANDREW HARRISON KRAMER, | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| Defendant(s). | ☒ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

The undersigned ☒ Assistant United States Attorney ☐ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☒ Ad Prosequendum ☐ Ad Testificandum for:

Name of Detainee: ANDREW HARRISON KRAMER
       Alias: _____
BOP/Booking No: 3517099
       Detained by:  ☐ Warden _____
                     ☒ Other  Los Angeles County Sheriff Jim McDonnell
       Detained at: Men's Central Jail, 429 Bauchet Street, Los Angeles, Ca 90012
                    *(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on  Monday, November 16, 2015  at  1:00 p.m.  before the Honorable

Charles F. Eick _____ Judge/Magistrate Judge.

Location:    ☒ U.S. District Court  3rd Floor, 255 East Temple Street Los Angeles, CA 90012-3332
                                    *(Court Address)*
             ☐ Other _____
                    *(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: _____November 9, 2015_____          _____[signature]_____
                                                *Signature of attorney*

*An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER) MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.*

G-09 (10/06)    APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM