J. MARK CHILDS (Cal. SBN: 162684)
Assistant United States Attorney
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2433

FILED
CLERK, U.S. DISTRICT COURT
NOV - 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br><br>v.<br><br>ANDREW HARRISON KRAMER,<br><br>Defendant(s). | CASE NUMBER   CR 15-00606<br><br>ORDER ON<br>APPLICATION FOR WRIT OF HABEAS CORPUS<br><br>X AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |

LODGED
2015 NOV -9  AM 11:35
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus   X Ad Prosequendum   ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ANDREW HARRISON KRAMER (Booking Number: 3517099 and Year of Birth: 1974),
    Alias: _____

on November 16, 2015 at 1:00 p.m. before Magistrate Judge Charles F. Eick.

Dated: 11/9/15

_____
The Honorable Gail Standish
U.S. Magistrate Judge