J. MARK CHILDS (Cal. SBN: 162684)
Assistant United States Attorney
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2433

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR 15-606 |
| v. | ~~CV~~ |
| ANDREW HARRISON KRAMER, | **WRIT OF HABEAS CORPUS** |
| Defendant(s) | ☒ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable __Gail Standish__ ~~Judge~~/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: __Los Angeles County Sheriff Jim McDonnell__

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Andrew Harrison Kramer** before the Honorable __Charles F. Eick__ ~~Judge~~/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. __341__, located at __3rd Floor, 255 East Temple Street Los Angeles, CA__ on **November 16, 2015** at __1:00 p.m.__, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable __Gail Standish__ ~~Judge~~/Magistrate Judge of the United States District Court for the Central District of California.

Dated: 11-9-15

CLERK, U.S. DISTRICT COURT

By: __DONNAMARIE LUENGO__
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)