UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Andrew Harrison Kramer | PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br><br>CR 15-606 |
|---|---|---|
| | | REPORT COMMENCING CRIMINAL ACTION |

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest:  11/13/2015 @ 5:00            ☐ AM   ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes    ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):    ☒ Yes    ☐ No

4. Charges under which defendant has been booked:

   21 USC 846 Conspiracy to Distribute Marijuana

5. Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:    ☒ No    ☐ Yes    Language:  N/A

7. Year of Birth:  1974

8. Defendant has retained counsel:    ☒ No
   ☐ Yes    Name: N/A                                    Phone Number: N/A

9. Name of Pretrial Services Officer notified:  11-16-2015 @ 10:30 AM

10. Remarks (if any):  N/A

11. Name: _____ (please print)

12. Office Phone Number: 213-894-0909            13. Agency: USMS

14. Signature:  /Munoz/ DEO-USMS                 15. Date: 11/16/2015

CR-64 (2/14)                    REPORT COMMENCING CRIMINAL ACTION