**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
NOV 1 6 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | CR-15-00606 |
| v. | |
| ANDREW HARRISON KRAMER | **DESIGNATION AND APPEARANCE OF COUNSEL** |
| DEFENDANT(S). | |

### DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint
SARA AZARI _____, Esquire, as my attorney to appear for
me throughout all proceedings in this case.

Nov. 16, 2015
_____
**Date**

_____
**Defendant's Signature**

Los Angeles, California
_____
**City and State**

### APPEARANCE OF COUNSEL

I, SARA AZARI _____ Attorney at law duly admitted to
practice before the United States District Court for the Central District of California, hereby consent to my designation and
appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as
defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

Nov. 16, 2015
_____
**Date**

_____
**Attorney's Signature**

237987
_____
**California State Bar Number**

644 S. Figueroa Street
_____
**Street Address**

Los Angeles, CA 90017
_____
**City, State, Zip Code**

213-622-5000
_____
**Telephone Number**

213-254-0555
_____
**Fax Number**

sara@azarilaw.com
_____
**E-mail Address**