# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR No. 15-00606 |
| v. | |
| ANDREW HARRISON KRAMER, | WAIVER OF INDICTMENT |
| DEFENDANT(S) | |

I, ANDREW HARRISON KRAMER, the above-named defendant, who is accused of CONSPIRACY TO DISTRIBUTE MARIJUANA, in violation of 21 USC 846, 841(a)(1), (b)(1)(A), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on Monday, November 16, 2015, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

Date: 11-16-15

_Defendant Andrew Harrison Kramer_

_Sara Azari, Counsel for Defendant_

If defendant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English into _____ to the above-named defendant, on this date.

Date: 11/17/15

Before _____
_Judicial Officer_

_Interpreter_

---

WAIVER OF INDICTMENT

CR-57 (5/08) [AO 455 Rev. 5/85]                                     Page 1 of 1