UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:15-CR-00606              Recorder: CS 11/16/2015              Date: 11/16/2015

Present: The Honorable Charles F. Eick, U.S. Magistrate Judge

Court Clerk: Stacey Pierson                    Assistant U.S. Attorney: Mark Childs

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| ANDREW HARRISON KRAMER  CUSTODY-PRESENT | SARA AZARI  RETAINED | | |

PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the court and filed.

This case is assigned to the calendar of District Judge R. Gary Klausner.
Counsel are ordered to contact clerk regarding setting a date for guilty plea.

Counsel are directed to contact the Judge's CRD: Sharon Williams at (213) 894-2649 within 48 hours to set a date for the guilty plea. If counsel fail to do so, the Court will assign the first available date and time.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: SP by TRB

cc: Statistics Clerk, PSALA USMLA