# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 15-00606-RGK |
| Date | November 23, 2015 |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

Interpreter  N/A

| Sharon L. Williams | Sandra MacNeil | Mark Childs |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ANDREW HARRISON KRAMER | X | X | | Sara Azari | X | | X |

**Proceedings:**   **GUILTY PLEA**

X   Defendant moves to enter a plea to the Single-Count Information.

X   Defendant sworn.

X   Defendant enters a plea of GUILTY to
     Count One.

X   The Court questions the defendant regarding plea of GUILTY and FINDS that
     a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made.
     The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for EXPEDITED investigation and
     report and the matter is continued to January 25, 2016 at 1:30 p.m. for sentencing.   The
     Probation Officer is hereby directed to disclose the EXPEDITED Presentence Report on or
     before December 21, 2015.

X   Position papers are due 14 days before sentencing.  Responsive documents are due 7 days
     before sentencing.

X   Other:

                                                                                                   :   36

                                                           Initials of Deputy Clerk   slw

cc:  USPO