```
EILEEN DECKER
United States Attorney
LAWRENCE MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (SBN 162684)
Assistant United States Attorneys
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:      (213) 894-2433
Facsimile:      (213) 894-0142
E-mail:         mark.childs@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 15-00606-RGK |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO MODIFY TERMS OF PROTECTIVE ORDER REGARDING GOVERNMENT'S DISCLOSURE OF DISCOVERY |
| v. | |
| ANDREW KRAMER, | |
| Defendant. | |

The Court has received and considered the parties' stipulation to modify certain terms of a protective order executed on January 22, 2015, by the Honorable George H. Wu, United States District Court Judge, USDC-CDC, in CR Misc. No. 15-00080 ("Protective Order"). Good cause showing,

IT IS HEREBY ORDERED THAT:

1. Paragraphs 2(c), 2(d), and 2(e) of the Protective Order are stricken.

FURTHER, IT IS ORDERED THAT

2. Defendant Andrew Kramer ("Kramer") may retain a copy of the "Materials" (as defined in the Protective Order), except items numbered 3728-4677; 4817-4847; 4858-5092; 5681-5878; 5879-5881; 5929-6609; 6826-7745; 7954-8289; 30480 and 30481.

3. Defendant Kramer shall not make or cause to be made a copy of any of the Materials, and shall not show or distribute the Materials to anyone, except his "Defense Team" (as that term is defined in the Protective Order). For example, defendant Kramer shall not show or distribute any of the Materials to another inmate or felon.

4. Defense Team may disclose the contents of the Materials in Court filings, except the names of informants. Defense Team may not disclose the name of any informant in any Court filings.

5. Defense counsel, Sara Azari, or a member of the Defense Team, will review the stipulation and this Order with defendant, prior to defendant being provided a copy of the Materials for defendant to retain, pursuant to this Order.

6. If defendant violates this Order, defendant could be subjected to a contempt proceeding or other penalties, including monetary damages.

All other terms and conditions of the Protective Order remain in full force and effect.

IT IS SO ORDERED.

Dated: January 08, 2016

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE