J. MARK CHILDS (Cal. SBN: 162684)
Assistant United States Attorney
1400 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
Telephone (213) 894-2433

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br>v.<br><br>ANDREW HARRISON KRAMER<br><br>Defendant(s). | CASE NUMBER<br>CR 15-606-RGK<br><br>**ORDER ON<br>APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>X AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus    X Ad Prosequendum   ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee:   ANDREW HARRISON KRAMER (Booking Number: 3517099 and Year of Birth: (1974)

　　　　Alias: _____

on   January 19th thru January 29th, 2016   at   1:00pm   before Judge/Magistrate Judge   R. Gary Klausner
　　　　*(Date of Appearance)*　　　　　　　　*(Time)*

Dated:   JAN 1 5 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge/U.S. Magistrate Judge

---

G-09 ORDER (10/06)    ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM