```
J. MARK CHILDS (Cal. SBN 162684)
Assistant United States Attorney
1400 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
Telephone: (213) 894-2433
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| --- | --- |
| Plaintiff(s) | CR 15-606 |
| v. | CV |
| ANDREW HARRISON KRAMER | **WRIT OF HABEAS CORPUS** |
| Defendant(s) | ☒ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable **R. Gary Klausner** Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: **Los Angeles County Sheriff Jim Mc Donnell**

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Andrew Harrison Kramer** before the Honorable **R. Gary Klausner** Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. **850**, located at **255 East Temple Street, Los Angeles, CA** on **01/19 - 01/29 2016** at **1:00pm**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable **R. Gary Klausner** Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: **January 15, 2016**

CLERK, U.S. DISTRICT COURT

By: *[signature]*

---

WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM

G-09A (09/97)