EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON                              cc:   FISCAL
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS
Assistant United States Attorney
JONATHAN GALATZAN (Cal. SBN: 190414)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2727
     Facsimile:  (213) 894-7177
     E-mail:   Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW KRAMER,<br><br>　　　　　Defendant. | CR 15-00606-RGK<br><br>[~~PROPOSED~~] PRELIMINARY ORDER OF FORFEITURE PURSUANT TO PLEA AGREEMENT<br><br>No hearing requested<br><br>Sentencing Date: 1/25/16<br>Sentencing Time: 1:30 P.M. |

　　　Upon consideration of the application of Plaintiff, United States of America, for a preliminary order of forfeiture pursuant to the plea agreement of, and guilty plea to the one count Information entered by, defendant ANDREW KRAMER, and, good cause appearing thereon, IT IS HEREBY ORDERED:

## I. FORFEITABLE PROPERTY

For the reasons set out below, any right, title and interest of defendant Kramer in the following described property (hereinafter, the "Forfeitable Property") is hereby forfeited to the United States. The Court finds that the government has established the requisite nexus between the Forfeitable Property and the offense described in the one count Information (21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)). The Forfeitable Property is more particularly described as:

(A) $171,980.37 Seized from Branch Banking and Trust Account XXXXXX9375 on June 14, 2013;

(B) $174,125.00 in U.S. Currency seized on April 16, 2013;

(C) $79,375.00 in U.S. Currency seized on April 16, 2013;

(D) $525,752.70 in Escrow Funds seized on February 13, 2014;

(E) Real Property located at 11266 Chimineas Avenue, Porter Ranch, California, more particularly described as follows: Lot 15 of Tract No. 28662 in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 733, pages 85 and 86 of maps, in the Office of the County Recorder of Los Angeles County, California, APN 2715-033-025;

(F) Real Property located at 620 W. Hyde Park Boulevard, Unit 114, Inglewood, California, more particularly described as follows: A condominium comprised of: Parcel 1: (A) An undivided 1.708% interest in Lot 1 of Tract 42100, in the City of Inglewood, County of Los Angeles, State of California, as per map recorded in Book 999 pages 5 and 6 of maps, in the Office of

1 the County Recorder of Los Angeles County, California.  Except
2 units 1 through 60 inclusive as shown and defined on the
3 condominium plan recorded October 24, 1984 as instrument number
4 84-1267294, Official Records.  Except therefrom all oil, gas
5 mineral and other hydrobarbon substances lying below a depth of
6 500 feet from the surface of said property but with no right of
7 surface entry, as provided in deed records October 6, 1978 as
8 instrument number 78-1110904, Official Records.  Except
9 therefrom all oil, gas, minerals and other hydrocarbon
10 substances lying below a depth of 500 feet from the surface of
11 said property, but with no right of surface entry, as provided
12 in deed records October 5, 1981 as instrument number 81-983881,
13 Official Records.  (B) Unit 37 as shown and defined on the
14 condominium plan referred to above.  Parcel 2:  The exclusive
15 and non-severable easement to use garage space(s) no. 68PS and
16 69PS vehicle parking purposes, the parking space(s) designated
17 on said condominium plan.  APN 4017-028-127;
18      (G)  Real Property located at 13250-13252 Foothill
19 Boulevard, Los Angeles, California, more particularly described
20 as follows:  The northwesterly 58 feet of lot 7 of tract number
21 5481, in the City of Los Angeles, County of Los Angeles, State
22 of California, as per map recorded in Book 71, page 86 of maps,
23 in the Office of the County Recorder of said county.  APN 2513-
24 026-020; and
25      (H)  Real Property located at 11552 Cantlay Street, North
26 Hollywood, California, more particularly described as follows:
27 Lot 26 of tract number 26674, in the City of Los Angeles, County
28 of Los Angeles, State of California, as per map recorded in Book

760, pages 81 to 84 of maps, in the Office of the County Recorder of said county.

**II. IMPLEMENTATION**

    IT IS FURTHER ORDERED as follows:

    A.   Upon the entry of this Order, and pursuant to Fed. R. Crim. P. 32.2(b)(3) and 21 U.S.C. § 853, the United States Attorney General (or a designee) is authorized to seize the Forfeitable Property.

    B.   Upon entry of this Order, the United States is further authorized to conduct any discovery for the purpose of identifying, locating, or disposing of the Forfeitable Property subject to forfeiture pursuant to this Order, 21 U.S.C. § 853(m) and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure. "Any discovery" shall include all methods of discovery permitted under the Federal Rules of Civil Procedure.

    C.   Upon entry of this Order (and at any time in the future after amendment of the applicable order of forfeiture in this matter), the United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this and any other Order affecting specific property. The following paragraphs shall apply to any ancillary proceeding conducted in this matter:

        (1)   Pursuant to 21 U.S.C. § 853(n)(1) and Supplemental Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the government shall forthwith publish for at least thirty (30) consecutive days on an official government website notice of

1  this order and any other Order affecting the Forfeitable
2  Property, and notice that any person, other than the defendant,
3  having or claiming a legal interest in the property must file a
4  petition with the Court within thirty (30) days of the
5  publication of notice or receipt of actual notice, whichever is
6  earlier.  The United States shall also, to the extent
7  practicable, provide written notice to any person known to have
8  an alleged interest in the Forfeitable Property.
9              (2)  Any person other than defendant ANDREW KRAMER
10 ("defendant") asserting a legal interest in the Forfeitable
11 Property may, within thirty days of the publication of notice or
12 receipt of notice, whichever is earlier, petition the court for
13 a hearing without a jury to adjudicate the validity of his or
14 her alleged interest in the property, and for an amendment of
15 the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(2).
16             (3)  Any petition filed by a third party asserting an
17 interest in the Forfeitable Property shall be signed by the
18 petitioner under penalty of perjury and shall set forth the
19 nature and extent of the petitioner's right, title, or interest
20 in such property, the time and circumstances of the petitioner's
21 acquisition of the right, title or interest in the property, any
22 additional facts supporting the petitioner's claim, and the
23 relief sought. 21 U.S.C. § 853(n)(3).
24             (4)  The United States shall have clear title to the
25 Forfeitable Property following the Court's disposition of all
26 third-party interests or, if no petitions are filed, following
27 the expiration of the period provided in 21 U.S.C. § 853(n)(2)
28 for the filing of third party petitions.

D. Pursuant to Fed. R. Crim. P. 32.2(b)(3) and defendant's consent, this Preliminary Order of Forfeiture shall become final as to defendant ANDREW KRAMER ("defendant") upon entry and shall be made part of his sentence and included in his judgment.

E. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

DATED: January 29, 2016

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS
Assistant United States Attorney


    /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA