THOMAS P. SLEISENGER
Law Offices of Thomas P. Sleisenger
1901 Avenue of the Stars, Suite 615
Los Angeles, California 90067
California State Bar #100254
Telephone: (310) 300-1314
Facsimile: (310) 861-0152
email: sleisengerlaw@yahoo.com

Attorneys for Petitioners
Rosalinda Kramer & Stuart Kramer, M.D.
Anahi Gutierrez, Private Funding Mgt., Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW KRAMER,<br><br>Defendant. | No. CR 15-00606-RGK<br><br>**[PROPOSED] ORDER EXTENDING TIME IN WHICH THIRD PARTIES MAY FILE PETITIONS TO DETERMINE INTERESTS IN PROPERTY SUBJECT TO CRIMINAL FORFEITURE PURSUANT TO FED. R. CRIM. P. 32.2(C)** |
| ROSALINDA KRAMER,<br>STUART KRAMER, M.D.,<br>ANAHI GUTIERREZ, and<br>PRIVATE FUNDING MGT., INC.,<br><br>Petitioners. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the date by which Rosalinda Kramer, Stuart Kramer, M.D., Anahi Gutierrez, and Private Funding Management, Inc. must file petitions pursuant to Fed. R. Crim. P. 32.2(c)

///

///

///

///

to determine their respective interests in real and personal property specified in the Preliminary Order of Forfeiture is extended to and including March 31, 2016.

DATED: March 2, 2016

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/Thomas P. Sleisenger*
THOMAS P. SLEISENGER
Attorney for Potential Petitioners
ROSALINDA KRAMER, STUART KRAMER, M.D.,
ANAHI GUTIERREZ, and PRIVATE FUNDING MGT., INC.,