IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CR 15-606 -RGK |
| | ) |
| Andrew Kramer, | ) |
| | ) |
| Defendant. | ) |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 15, 2016 and ending on March 15, 2016. Attachment 1 consists of a copy of the actual notice as seen on the www.forfeiture.gov website. Attachment 2 is a copy of the Advertisement Certification Report which documents that the notice was posted on the www.forfeiture.gov website for at least 18 hours a day for the required 30 consecutive days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 16, 2016, at Los Angeles, CA.

*Ricardo Reyes* (signature)

Ricardo Reyes

Records Examiner

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
## COURT CASE NUMBER: CR 15-606; NOTICE OF FORFEITURE

Notice is hereby given that on January 29, 2016, in the case of U.S. v. Andrew Kramer, Court Case Number CR 15-606, the United States District Court for the Central District of California entered an Order condemning and forfeiting the following property to the United States of America:

Real Property located at 620 West Hyde Park Boulevard, Unit 114, Inglewood, CA 90302 (13-DEA-580454) Parcel # Lot 1/No.42100, which was posted on August 07, 2013

Real Property located at 11266 Chimineas Avenue, Porter Ranch, CA 91326 (13-DEA-580459) Parcel # Lot 15/No.28662, which was posted on August 06, 2013

Real Property located at 11552 Cantlay Street, North Hollywood, CA 91605 (13-DEA-580460) Parcel # Lot 26/No.26674, which was posted on August 06, 2013

Real Property located at 13250-13252 Foothill Boulevard, Los Angeles, CA 91342 (13-DEA-580461) Parcel # Lot 7/No. 5481, which was posted on August 06, 2013

$47,691.00 U.S. Currency (13-DEA-581157) which was seized from La Brea Compassionate Caregivers on April 16, 2013 at [redacted] located in Los Angeles, CA

$79,375.00 U.S. Currency (13-DEA-581176) which was seized from Rosalinda Levenson Kramer on April 16, 2013 at [redacted] located in Granada Hills, CA

$4,146.00 U.S. Currency (13-DEA-581179) which was seized from Zen Healing Collective on April 16, 2013 at [redacted] located in West Hollywood, CA

$85,776.00 U.S. Currency (13-DEA-581180) which was seized from Zen Healing Collective on April 16, 2013 at [redacted] located in West Hollywood, CA

$36,512.00 U.S. Currency (13-DEA-581226) which was seized from Alternative Herbal Health Services on April 16, 2013 at [redacted] located in West Hollywood, CA

$171,980.37 in bank funds seized from Branch Banking and Trust account number XXXXXX9375 (13-IRS-001589) which was seized from Blue Mountain Management & Marketing Inc. on June 14, 2013 at Branch Banking and Trust, 148 S. Queen Street, located in Martinsburg, WV

$525,000.00 U.S. Currency and $752.70 Accrued Interest (14-DEA-594289) which was seized from Andrew H. Kramer, aka Andrew Harrison Kramer, on February 13, 2014 at [redacted] located in Los Angeles, CA

The custodian of the DEA assets is the United States Marshals Service at 300 N.

Los Angeles Street, Suite 2001, Los Angeles, CA 90012.

The custodian of the IRS asset is the Internal Revenue Service at 300 N. Los Angeles Street, Suite 5016, Los Angeles, CA 90012

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (February 15, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 312 N. Spring St., Rm G-8, Los Angeles, CA 90012, and a copy served upon Assistant United States Attorney Jonathan Galatzan, 312 N. Spring St., 14th Floor, Los Angeles, CA 90012. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 15, 2016 and March 15, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Andrew Kramer

**Court Case No:** CR 15-606
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/15/2016 | 24.0 | Verified |
| 2 | 02/16/2016 | 24.0 | Verified |
| 3 | 02/17/2016 | 24.0 | Verified |
| 4 | 02/18/2016 | 24.0 | Verified |
| 5 | 02/19/2016 | 24.0 | Verified |
| 6 | 02/20/2016 | 24.0 | Verified |
| 7 | 02/21/2016 | 24.0 | Verified |
| 8 | 02/22/2016 | 24.0 | Verified |
| 9 | 02/23/2016 | 23.9 | Verified |
| 10 | 02/24/2016 | 24.0 | Verified |
| 11 | 02/25/2016 | 24.0 | Verified |
| 12 | 02/26/2016 | 24.0 | Verified |
| 13 | 02/27/2016 | 24.0 | Verified |
| 14 | 02/28/2016 | 24.0 | Verified |
| 15 | 02/29/2016 | 23.8 | Verified |
| 16 | 03/01/2016 | 24.0 | Verified |
| 17 | 03/02/2016 | 24.0 | Verified |
| 18 | 03/03/2016 | 24.0 | Verified |
| 19 | 03/04/2016 | 24.0 | Verified |
| 20 | 03/05/2016 | 24.0 | Verified |
| 21 | 03/06/2016 | 24.0 | Verified |
| 22 | 03/07/2016 | 24.0 | Verified |
| 23 | 03/08/2016 | 24.0 | Verified |
| 24 | 03/09/2016 | 24.0 | Verified |
| 25 | 03/10/2016 | 24.0 | Verified |
| 26 | 03/11/2016 | 24.0 | Verified |
| 27 | 03/12/2016 | 24.0 | Verified |
| 28 | 03/13/2016 | 23.0 | Verified |
| 29 | 03/14/2016 | 24.0 | Verified |
| 30 | 03/15/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.