EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-7177
    E-mail: jonathan.galatzan@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

**DENIED**
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-606-RGK [PROPOSED] |
|---|---|
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| ANDREW KRAMER, | Hearing Date: April 25, 2016<br>Hearing Time: 10:00 a.m. |
| Defendant. | Location: Courtroom of the Hon. R. Gary Klausner |

~~Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that, a Status~~

~~//~~

~~//~~

1  ~~Conference is set for April 25, 2016 at 10:00 a.m. before the~~
2  ~~Honorable R. Gary Klausner.~~

**DENIED**
BY ORDER OF THE COURT

Dated: April 21, 2016

_____
UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


By   /s/Jonathan Galatzan_____
    Jonathan Galatzan
    Assistant United States Attorney
    Attorneys for the
    UNITED STATES OF AMERICA