EILEEN DECKER
United States Attorney
LAWRENCE MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (SBN 162684)
Assistant United States Attorneys
        1400 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2433
        Facsimile: (213) 894-0142
        E-mail:    mark.childs@usdoj.gov


Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                   FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 15-00606-RGK |
|---|---|
| Plaintiff, | ORDER TO MODIFY TERMS OF PROTECTIVE ORDER REGARDING GOVERNMENT'S DISCLOSURE OF DISCOVERY |
| v. | |
| ANDREW KRAMER, | |
| Defendant. | |

        The Court has received and considered the parties' stipulation
to bind Jonathan Mandel to the protective order executed on January
22, 2015, by the Honorable George H. Wu, United States District Court
Judge, USDC-CDC, in CR Misc. No. 15-00080 ("Protective Order") and
the Order regarding modifications to the Protective Order
("Modification to the Protective Order"). See Docket Entries Nos.
26-1 and 27.  Good cause showing,

        IT IS HEREBY ORDERED THAT:

        1.    Jonathan Mandel is bound to the terms of the Protective
Order and the Modification to the Protective Order.

2.   Defendant Kramer shall not make or cause to be made a copy of any of the Materials, and shall not show or distribute the Materials to anyone, except his "Defense Team" (as that term is defined in the Protective Order) or Jonathan Mandel.  For example, defendant Kramer shall not show or distribute any of the Materials to another inmate or felon.

3.   Jonathan Mandel may disclose the contents of the Materials in Court filings, except the names of informants or personal identifying or financial information of persons (such as social security numbers, dates of birth or driver's license numbers or financial account numbers), unless such information is learned from another source other than the Materials, and such information is not subject to state court protective order.

4.   Jonathan Mandel will review this Order with defendant.

5.   If defendant or Jonathan Mandel violate this Court Order, defendant or Jonathan Mandel could be subjected to a contempt proceeding or other penalties, including monetary damages.

All other terms and conditions of the Protective Order remain in full force and effect.

IT IS SO ORDERED.

Dated:  April 26, 2016

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE