THOMAS P. SLEISENGER
Law Offices of Thomas P. Sleisenger
1901 Avenue of the Stars, Suite 615
Los Angeles, California 90067
California State Bar #100254
Telephone: (310) 300-1314
Facsimile: (310) 861-0152
email: sleisengerlaw@yahoo.com

Link to [43][44]

NOTE: CHANGES MADE BY THE COURT

Counsel for Petitioners
Anahi Gutierrez, Rosalinda Kramer, Stuart Kramer, M.D.
Blue Mountain Management & Marketing, Inc.
Private Funding Management, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ANDREW KRAMER,<br><br>   Defendant.<br>_____<br><br>ANAHI E. GUTIERREZ, ROSALINDA KRAMER, STUART KRAMER, M.D., BLUE MOUNTAIN MANAGEMENT AND MARKETING, INC., PRIVATE FUNDING MANAGEMENT, INC.,<br><br>   Petitioners.<br>_____ | No. CR 15-606-RGK<br><br>[~~PROPOSED~~] **ORDER RE: EX PARTE APPLICATION TO CONTINUE ANCILLARY HEARING AND TO SET MOTIONS HEARING DATE**<br><br>Current Date: May 16, 2016<br>Motions Hearing: September 19, 2016<br>Ancillary Hearing: October 3, 2016 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the

Ancillary hearing date is continued from May 16, 2016 to **JULY 18**, 2016 at

///

///

///

10:00 a.m., and the hearing on any dispositive motions is set for the date of **JUNE 13,** 2016 at 1:30 p.m.

DATED: May 6, 2016

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Submitted by:

*s/Thomas P. Sleisenger*
THOMAS P. SLEISENGER
Attorney for Petitioners

2