THOMAS P. SLEISENGER
Law Offices of Thomas P. Sleisenger
1901 Avenue of the Stars, Suite 615
Los Angeles, California 90067
California State Bar #100254
Telephone: (310) 300-1314
Facsimile: (310) 861-0152
email: sleisengerlaw@yahoo.com

Counsel for Petitioners
Anahi Gutierrez, Rosalinda Kramer, Stuart Kramer, M.D.
Blue Mountain Management & Marketing, Inc.
Private Funding Management, Inc.

**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ANDREW KRAMER, <br> Defendant. <br> _____ <br> ANAHI E. GUTIERREZ, ROSALINDA KRAMER, STUART KRAMER, M.D., BLUE MOUNTAIN MANAGEMENT AND MARKETING, INC., PRIVATE FUNDING MANAGEMENT, INC., <br> Petitioners. | No. CR 15-606-RGK <br><br> **[PROPOSED] ORDER RE: EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE REPLIES TO DISPOSITIVE MOTIONS** <br><br> Motions Hearing: July 13, 2016 <br> Ancillary Hearing: July 18, 2016 |

~~GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Petitioner' reply papers in re: motions to dismiss and motion for summary~~

//

//

//

//

1 | ~~judgment may be filed on or before June 3, 2016.~~
2 |
3 | THE EX PARTE APPLICATION IS DENIED.
4 | IT IS SO ORDERED.
5 |
6 | DATED: May 25, 2016
7 | _____
     HON. R. GARY KLAUSNER
     UNITED STATES DISTRICT JUDGE
8 | Submitted by:
9 |
10 | *s/Thomas P. Sleisenger*
     THOMAS P. SLEISENGER
     Attorney for Petitioners

2