## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR-15-00606-RGK | Date: July 7, 2016 |

Present: The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

Interpreter  N/A

| S. Williams, Not present | Not Reported | Jonathan Galatzan, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andrew Kramer | N | X | | Sara Azari | N | | X |

**Proceedings:** (IN CHAMBERS) Order re: Petitioners' Motions for Summary Judgment (DEs 56 and 57)

On November 23, 2015, Defendant Andrew Kramer ("Defendant") entered a plea agreement as to Count 1, conspiracy to distribute marijuana, in violation of Title 21, United States Code, Section 846. On January 29, 2016, the Court issued a Preliminary Order of Forfeiture with respect to, among other things, all right title, and interest of Defendant in the Chimineas Property, the Hyde Park Property, the Foothill Property, the Cantlay Property, $171, 980.37 seized from the BB&T account, $79, 375.00 in U.S. currency, and $525,752.70 in escrow funds (collectively, "Subject Property").

On February 16, 2016, Plaintiff United States ("Plaintiff") sent a notice of the Preliminary Order of Forfeiture to Petitioners Anahi E. Gutierrez; Rosalinda Kramer; Stuart Kramer, M.D.; Blue Mountain Management and Marketing Inc., Rosalinda Kramer, President; and Private Funding Management, Inc., Rosalinda Kramer, President (collectively, "Petitioners"). On March 30, 2016, two Petitions for Ancillary Hearing were filed, one in the name of Ms. Gutierrez, the other in the names of the remaining petitioners. The petitions request a hearing and determination of the lack of forfeitability of Petitioners' ownership interests and/or constructive trusts in the Subject Property.

On May 16, 2016, Petitioners filed the current Motions for Summary Judgment. Upon review, the Court finds Petitioners' motions lacking any substantive basis for summary judgment or any grounds on which Petitioners seek summary judgment. Therefore, the Court finds that Petitioners have failed to satisfy their burdens at this stage of the action. The Court **denies** both summary judgment motions.

**IT IS SO ORDERED.**

:  _____

Initials of Deputy Clerk  _____