# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 15-00606-RGK | Date | July 18, 2016 |
|---|---|---|---|

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

Interpreter   N/A

| Sharon L. Williams | Sandra MacNeil | Jonathan Galatzan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andrew Kramer | N | X | | Sara Azari | N | | X |

Proceedings:   **Petitioners Anahi Gutierrez,  Rosalinda Kramer, Stuart Kramer, M.D., Blue Mountain Management and Marketing, Inc., and Private Funding Management, Inc.'s Petition for Ancillary Hearing [43][44]**

Counsel for Petitioners: Thomas Sleisenger

Court and counsel confer.  Witnesses are called and testify.  Exhibits are identified and admitted.  The matter is continued to July 21, 2016 at 9:30 a.m.

**IT IS SO ORDERED.**

|  | 1 | : | 20 |
|---|---|---|---|
| Initials of Deputy Clerk | slw | | |