UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 15-00606-RGK | Date | July 21, 2016 |
|---|---|---|---|

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Sharon L. Williams | Chia Mei Jui/Sandra MacNeil | Jonathan Galatzan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andrew Kramer | N | X | | Sara Azari | N | | X |

**Proceedings:** **Petitioners Anahi Gutierrez, Rosalinda Kramer, Stuart Kramer, M.D., Blue Mountain Management and Marketing, Inc., and Private Funding Management, Inc.'s Petition for Ancillary Hearing [43][44] - Day 2**

Counsel for Petitioners: Thomas Sleisenger

Court and counsel confer. Witnesses are called and testify. Exhibits are identified and admitted. The Petitioners rest. Government rests. Closing arguments are made by Petitioners and Government.

Counsel may submit supplemental briefs on legal issues, not to exceed 5 pages, on or before July 25, 2016 at 4:00 p.m. The matter is taken under submission.

Exhibit and witness list is filed. Original exhibits are returned to counsel. Subpoenaed documents are returned to counsel for the Petitioners.

**IT IS SO ORDERED.**

|  | 2 | : | 16 |
|---|---|---|---|
| Initials of Deputy Clerk | slw | | |