# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 15-606-RGK | Title | USA v. KRAMER |
|---|---|---|---|
| Judge | GARY KLAUSNER | | |
| Dates of Trial or Hearing | 07.18.16; 07.21.16 | | |
| Court Reporters or Tape No. | SANDRA MACNEIL; CHIA MEI JUI | | |
| Deputy Clerks | SHARON WILLIAMS | | |

FILED
CLERK, U.S. DISTRICT COURT
JUL 21 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

PETITIONERS:

| Attorney(s) for Plaintiff(s) / ~~Petitioner(s)~~ | Attorney(s) for ~~Defendant(s)~~ / ~~Respondent(s)~~ |
|---|---|
| JONATHAN GALATZAN (AUSA) | THOMAS SLEISENGER |

| Plaintiff(s) ~~or Petitioner(s)~~ | | | ~~Defendant(s) or Respondent(s)~~ PETITIONERS | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | GEORGE ELWELL | PET. |
| | | | | | | ANAHI GUTIERREZ | PET. |
| | | | 28 | ✓ | ✓ | PYMT TO CONTRACTOR | |
| | | | 29 | ✓ | ✓ | PHOTOS (REMODELING) | |
| | | | 30 | ✓ | ✓ | RECORDS REQUEST | |
| | | | 31 | ✓ | ✓ | APPRAISAL | |
| | | | | | | ROSALINDA KRAMER | PET |
| | | | 1 | ✓ | ✓ | SIGNATURE CARD | |
| | | | 2 | ✓ | ✓ | SIGNATURE CARD | |
| | | | 3 | ✓ | ✓ | BANK STATEMENT | |
| | | | 4 | ✓ | ✓ | PROPERTY/INS. PYMTS | |
| | | | 5 | ✓ | ✓ | LIST OF MORTGAGE PYMTS | |
| | | | 7 | ✓ | ✓ | CKS FOR REAL ESTATE TAXES | |
| | | | 8 | ✓ | ✓ | PYMT TO CONTRACTOR | |
| | | | 9 | ✓ | ✓ | PYMTS REPAIRS + | |
| | | | 10 | ✓ | ✓ | DEPOSIT FOR RENT (FOOTHILL) | |
| | | | 11 | ✓ | ✓ | HOA INVOICE HYDE PARK | |
| | | | 12 | ✓ | ✓ | PYMTS - FOOTHILL PROPERTY | |
| | | | 13 | ✓ | ✓ | PYMTS - FOOTHILL UTILITIES | |
| | | | 14 | ✓ | ✓ | BANK SAVINGS PASSBOOKS | |
| | | | 15 | ✓ | ✓ | SANITATION CHARGES FOOTHILL | |

# LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. CR 15-606-RGK   ~~Petitioner~~ PETITIONER Title: USA v. KRAMER

| Plaintiff(s) | | | ~~Defendant(s)~~ Petitioner | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| | | | 17 | ✓ | ✓ | DEED TRANSFER PROPERTY | |
| | | | 16 | ✓ | ✓ | TAXES + PYMTS TO LA DWP | |
| | | | 18 | ✓ | ✓ | FOOTHILL A/C INVOICE | |
| | | | 19 | ✓ | ✓ | OPENING DWP BILL FOOTHILL | |
| | | | 20 | ✓ | ✓ | PHOTOS - FOOTHILL | |
| | | | 21 | ✓ | ✓ | SO CAL GAS INVOICES FOOTHILL | |
| | | | 22 | ✓ | ✓ | HOME DEPOT RCPTS | |
| | | | 23 | ✓ | ✓ | INVOICES - REPAIRS FOOTHILL | |
| | | | 24 | ✓ | ✓ | INVOICES - LABOR FOOTHILL | |
| | | | 25 | ✓ | ✓ | PYMTS - CABINETS FOOTHILL | |
| | | | 26 | ✓ | ✓ | PG FROM SEC OF STATE NEVADA | |
| | | | 27 | ✓ | ✓ | DEED FROM A. GUTIERREZ | |
| | | | 32 | ✓ | ✓ | BANK STMT BLUE MTN 2008 | |
| | | | 33 | ✓ | ✓ | DAY LABOR BILLS - GRANADA HILLS | |
| | | | 34 | ✓ | ✓ | PASS BOOK RECORDS | |
| | | | 35 | ✓ | NO | PHOTOS AFTER SEARCH | |
| | | | 36 | ✓ | ✓ | INVOICES | |
| | | | 37 | ✓ | ✓ | INVOICES | |
| | | | 38 | ✓ | ✓ | SETTLEMENT STMT | |
| | | | 39 | ✓ | ✓ | SETTLEMENT AGREEMENT | |
| | | | 40 | ✓ | ✓ | MORTGAGE PYMTS | |
| | | | 41 | ✓ | ✓ | UTILITY PYMTS | |
| | | | 42 | ✓ | ✓ | PYMT TO STATE FARM | |
| | | | 43 | ✓ | ✓ | UPKEEP PYMTS | |
| | | | 44 | ✓ | ✓ | TRANSACTION STATE FARM | |
| | | | 45 | ✓ | ✓ | TRANSACTION TAX COLLECTOR | |
| | | | 55 | ✓ | ✓ | FINANCIAL STMTS | |
| 60 | ✓ | ✓ | | | | CLAIM OPPOSING FORFEITURE | |
| 61 | ✓ | ✓ | | | | CLAIM OPPOSING FORFEITURE | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. 15-606-RGK  Title: USA v. KRAMER

| Plaintiff(s) | | | PETITIONER | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| | | | | | | KARL KNUDSON | PET |
| | | | 54 | ✓ | ✓ | PROPERTY CHART | |
| | | | 6 | ✓ | ✓ | VERIFIED COMPLAINT | |
| | | | 46 | ✓ | ✓ | ZEN HEALING RECORDS | |
| | | | 47 | ✓ | ✓ | SUNSET SHOP RECORDS | |
| | | | 48 | ✓ | ✓ | HERBAL HEALTH RECORDS | |
| | | | 49 | ✓ | ✓ | MARINA CAREGIVERS RECORDS | |
| | | | 50 | ✓ | ✓ | WESTWOOD CAREGIVERS RECORDS | |
| | | | 51 | ✓ | ✓ | LA BREA CAREGIVERS RECORDS | |
| | | | 52 | ✓ | ✓ | MECCA NATURAL RECORDS | |
| | | | 53 | ✓ | ✓ | SIGNATURE CARD (BANK) | |
| | | | 56 | ✓ | ✓ | FORFEITURE COMPLAINT | |

# UNITED STATES OF AMERICA v. ANDREW KRAMER
## (Ancillary Hearing)

## NO. CR 15-606-RGK

## PETITIONER'S EXHIBIT LIST

DATE ADMITTED

| EXHIBIT | WITNESS | DESCRIPTION | ADMISSION | OBJECTION |
|---|---|---|---|---|
| 1 | Rosalinda Kramer | Wells Fargo Bank Signature Card, Account xxx-xxx-0202 | F.R.E. 901(b)(1),(2) 902(9) | [1] JUL 1 8 2016 |
| 2 | Rosalinda Kramer | Wells Fargo Bank Signature Card, Account xxx-xxx-7418 | F.R.E. 901(b)(1),(2) 902(9) | JUL 1 8 2016 |
| 3 | Rosalinda Kramer | Wells Fargo Mortgage Payment Records | F.R.E. 803(6), 901(b)(1) | JUL 1 8 2016 |
| 4 | Rosalinda Kramer | Find Report All Transactions (Chimineas) | F.R.E. 104(b); F.R.E. 803(5),(6) | JUL 1 8 2016 |
| 5 | Rosalinda Kramer | Microsoft Excel Spreadsheet (Chimineas Expenses) | F.R.E. 104(b); F.R.E. 803(5),(6) | JUL 1 8 2016 |
| 6 | | Verified Complaint For Forfeiture, USA v. Real Property Located at 11266 Chimineas Ave., Northridge, CA, et. al, CV 13-2669-GW (JCx) | F.R.E. 803(8)(A)(iii) | JUL 2 1 2016 |

---

[1] All exhibits are objected to, however, bank records are not objected to on authenticity grounds. As to non-bank records, objection is made on foundational grounds. Additional grounds for objection have not been identified.

1

# UNITED STATES OF AMERICA v. ANDREW KRAMER
## (Ancillary Hearing)

### NO. CR 15-606-RGK

### PETITIONER'S EXHIBIT LIST

*DATE ADMITTED*

| EXHIBIT | WITNESS | DESCRIPTION | ADMISSION | ~~OBJECTION~~ |
|---|---|---|---|---|
| 7 | Rosalinda Kramer | Bank of America Check #1182: PFMC payment to L.A. County Tax Collector (Chimineas and Foothill) | F.R.E. 901(b)(1), (2) 902(9) | JUL 1 8 2016 |
| 8 | Rosalinda Kramer | Wells Fargo Payments to Liss Construction (Chimineas) | F.R.E. 901 (b)(1),(2) 902(9) | JUL 1 8 2016 |
| 9 | Rosalinda Kramer | Repair Bills & Return of Security Deposit (Chimineas) | F.R.E. 901(b)(1), (2) 902(9) | JUL 1 8 2016 |
| 10 | Rosalinda Kramer | Miscellaneous Expenses for Repairs (Chimineas) | F.R.E. 901 (b)(1),(2) | JUL 1 8 2016 |
| 11 | Rosalinda Kramer | Hyde Park Homeowners Association Payments | F.R.E. 901 (b)(1),(2) | JUL 1 8 2016 |
| 12 | Rosalinda Kramer | BB&T Cashier's Checks and Franklin Money Fund Check Paid to Escrow (Foothill) | F.R.E. 901 (b)(1),(2) 902(9) | JUL 1 8 2016 |
| 13 | Rosalinda Kramer | DWP Utility Payments (Foothill) | F.R.E. 901 (b)(1),(7) | JUL 1 8 2016 |
| 14 | Rosalinda Kramer | Glendale Federal and Lincoln Savings Passbooks (Foothill, BB&T account & Zelzah) | F.R.E. 901 (b)(1),(2) 902(9) | JUL 1 8 2016 |
| 15 | Rosalinda Kramer | Sanitation and Solid Waste Payments (Foothill) | F.R.E. 901 (b)(1),(7) | JUL 1 8 2016 |

UNITED STATES OF AMERICA v. ANDREW KRAMER
(Ancillary Hearing)

NO. CR 15-606-RGK

PETITIONER'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | ADMISSION | OBJECTION / DATE ADMITTED |
|---|---|---|---|---|
| 16 | Rosalinda Kramer | Property Tax and Utility Expenses (Foothill) | F.R.E. 803(5),(6) | JUL 1 8 2016 |
| 17 | Rosalinda Kramer | Quitclaim Deed to Private Funding Management (Foothill) | F.R.E. 803(14), (15), 901(b)(1), (7), 902(8) | JUL 1 8 2016 |
| 18 | Rosalinda Kramer | Dave's HVAC Expenses (Foothill) | F.R.E. 901(b)(1) | JUL 1 8 2016 |
| 19 | Rosalinda Kramer | DWP & LA Municipal Services Expenses (Foothill) | F.R.E. 803(14), 901(b)(1),(2) 902(9) | JUL 1 8 2016 |
| 20 | Rosalinda Kramer | Remodeling Photographs (Foothill) | F.R.E. 1003 | JUL 1 8 2016 |
| 21 | Rosalinda Kramer | Gas Company Expenses (Foothill) | F.R.E. 803(14), 901(b)(1),(2), 902(9) | JUL 1 8 2016 |
| 22 | Rosalinda Kramer | Home Improvement Materials Expenses (Foothill) | F.R.E. 901(b)(1) | JUL 1 8 2016 |
| 23 | Rosalinda Kramer Smithie C. Lu | SCL Construction Home Improvements (Foothill) | F.R.E. 901(b)(1) | JUL 1 8 2016 |
| 24 | Rosalinda Kramer | Tenant Expense Payments (Foothill) | F.R.E. 901(b)(1),(2) 902(9) | JUL 1 8 2016 |

3

UNITED STATES OF AMERICA v. ANDREW KRAMER
(Ancillary Hearing)

NO. CR 15-606-RGK

PETITIONER'S EXHIBIT LIST

DATE ADMITTED

| EXHIBIT | WITNESS | DESCRIPTION | ADMISSION | OBJECTION |
|---|---|---|---|---|
| 25 | Rosalinda Kramer | Wood Cabinetry Expenses (Foothill) | F.R.E. 901(b)(1),(2) 902(9) | JUL 1 8 2016 |
| 26 | Rosalinda Kramer | Nevada Secretary of State Private Funding Management Corporation Record | F.R.E. 803(6), 803(14), 901(b)(1),(7), 902(5) | JUL 1 8 2016 |
| 27 | Rosalinda Kramer Anahi Gutierrez | Deed of Trust and Assignment of Rents (Cantlay) | F.R.E. 803(14),(15), 901(b)(1),(2),(7), 902(8) | JUL 1 8 2016 |
| 28 | Smithie C. Lu Anahi Gutierrez | SCL Construction Paid Invoices | F.R.E. 901(b)(1) | JUL 1 8 2016 |
| 29 | Smithie C. Lu Anahi Gutierrez | Photographs of Cantlay Construction and Improvements | F.R.E. 1003 | JUL 1 8 2016 |
| 30 | Anahi Gutierrez | Cantlay Property Tax Payment Records | F.R.E. 901(b)(1) | JUL 1 8 2016 |
| 31 | Anahi Gutierrez | Cantlay Appraisal 12/06/14 | F.R.E. 901(b)(1) | JUL 1 8 2016 |
| 32 | Rosalinda Kramer | Branch Banking & Trust Account xxx-xxx-9375 records | F.R.E. 901(b)(1) | JUL 1 8 2016 |
| 33 | Rosalinda Kramer | Zelzah Envelope | F.R.E. 901(b)(1),(2) 1004(c) | JUL 2 1 2016 |

# UNITED STATES OF AMERICA v. ANDREW KRAMER
## (Ancillary Hearing)

### NO. CR 15-606-RGK

#### PETITIONER'S EXHIBIT LIST

DATE ADMITTED

| EXHIBIT | WITNESS | DESCRIPTION | ADMISSION | ~~OBJECTION~~ |
|---|---|---|---|---|
| 34 | Rosalinda Kramer | Passbook Records for Check Numbers:<br>1325 ($127.00),<br>8385 ($4,000.00)<br>8573 ($1,000.00)<br>8713 ($4,000.00)<br>8737 ($9,000.00)<br>8738 ($8,000.00)<br>8751 ($3,400.00)<br>8753 ($2,000.00)<br>8761 ($8,000.00)<br>8744 ($9,000.00)<br>8826 ($4,000.00)<br>8847 ($390.99) | F.R.E. 901 (b)(1),(2) | JUL 2 1 2016 |
| 35 | Rosalinda Kramer | Zelzah Search Photos | F.R.E. 1003 | |
| 36 | Rosalinda Kramer | ADR Services Invoices ($525,000 Escrow) | F.R.E. 901 (b)(1) | JUL 2 1 2016 |
| 37 | Rosalinda Kramer<br>Robert Weissman | Weissman & Weissman Invoices ($525,000 Escrow) | F.R.E. 901 (b)(1) | JUL 2 1 2016 |
| 38 | Rosalinda Kramer | HUD Settlement Statement ($525,000 Escrow) | F.R.E. 901 (b)(1) | JUL 2 1 2016 |
| 39 | Rosalinda Kramer | Settlement Agreement & Mutual Release ($525,000 Escrow) | F.R.E. 901 (b)(1),(2) | JUL 2 1 2016 |
| 40 | Rosalinda Kramer | Check Samplings of Mortgage Payments Made For Chimineas | F.R.E. 901 (b)(1),(2) | JUL 2 1 2016 |

# UNITED STATES OF AMERICA v. ANDREW KRAMER
## (Ancillary Hearing)

## NO. CR 15-606-RGK

### PETITIONER'S EXHIBIT LIST

DATE ADMITTED

| EXHIBIT | WITNESS | DESCRIPTION | ADMISSION | OBJECTION |
|---|---|---|---|---|
| 41 | Rosalinda Kramer | Check Samplings of LA Municipal Services Payments (Foothill) | F.R.E. 901(b)(1),(2) | JUL 2 1 2016 |
| 42 | Rosalinda Kramer | Check Payment Made to State Farm (Chimineas) | F.R.E. 901(b)(1),(2) | JUL 2 1 2016 |
| 43 | Rosalinda Kramer | PFMC Transaction Detail Report Gardening (Partial) (Chimineas and Foothill) | F.R.E. 901(b)(1) | JUL 2 1 2016 |
| 44 | Rosalinda Kramer | PFMC Transaction Detail Report State Farm Payment (Partial) (Chimineas) | F.R.E. 901(b)(1) | JUL 2 1 2016 |
| 45 | Rosalinda Kramer | PFMC Transaction Detail Report LA County Tax Collector (Partial)(Chimineas and Foothill) | F.R.E. 901(b)(1) | JUL 2 1 2016 |
| 46 | | Zen Healing Collective Records | F.R.E. 803(6), 803(14), 901(b)(7), 902(5) | JUL 2 1 2016 |
| 47 | | West Hollywood Center For Compassionate Healing, a/k/a The Sunset Shop, Records | F.R.E. 803(6), 803(14), 901(b)(7), 902(5) | JUL 2 1 2016 |

# UNITED STATES OF AMERICA v. ANDREW KRAMER
## (Ancillary Hearing)

## NO. CR 15-606-RGK

### PETITIONER'S EXHIBIT LIST

*DATE ADMITTED*

| EXHIBIT | WITNESS | DESCRIPTION | ADMISSION | OBJECTION |
|---|---|---|---|---|
| 48 | | Tax Court Documents for Alternative Herbal Health Services Records | F.R.E. 803(6), 803(14), 803(8), 901(b)(7), 902(5) | JUL 2 1 2016 |
| 49 | | Marina Caregivers Records | F.R.E. 803(6), 803(14), 901(b)(7), 902(5) | JUL 2 1 2016 |
| 50 | | Westwood Caregivers LLC Records | F.R.E. 803(6), 803(14), 901(b)(7), 902(5) | JUL 2 1 2016 |
| 51 | | La Brea Compassionate Caregivers, a/k/a Herbal Solutions Southern California, Records | F.R.E. 803(6), 803(14), 901(b)(7), 902(5) | JUL 2 1 2016 |
| 52 | | Mecca Natural Medicine, a/k/a Washington Health Records | F.R.E. 803(6), 803(14), 901(b)(7), 902(5) | JUL 2 1 2016 |
| 53 | Rosalinda Kramer | Signature Card for Branch Banking & Trust Account xxx-xxx-9735 | F.R.E. 901(b)(1), 902(9) | JUL 2 1 2016 |
| 54 | Carl Knudson | Summary Chart For Seized Properties | F.R.E. 1006 | JUL 2 1 2016 |

UNITED STATES OF AMERICA v. ANDREW KRAMER
(Ancillary Hearing)

NO. CR 15-606-RGK

PETITIONER'S EXHIBIT LIST

DATE ADMITTED

| EXHIBIT | WITNESS | DESCRIPTION | ADMISSION | OBJECTION |
|---------|---------|-------------|-----------|-----------|
| 55 | Carl Knudson | Declaration of Carl R. Knudson | F.R.E. 701, 702, 704, 705, 901(b()1), 903, 1007 | JUL 2 1 2016 |
| 56 | | FORFEITURE COMPLAINT | | JUL 2 1 2016 |
| 57 | | | | |
| 58 | | | | |
| 59 | | | | |
| 60 | (GOVT) | CLAIM OPPOSING FORFEITURE | | JUL 2 1 2016 |
| 61 | (GOVT) | CLAIM OPPOSING FORFEITURE | | JUL 2 1 2016 |