FILED

AUG 23 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ANAHI E. GUTIERREZ, <br><br> Movant-Appellant, <br><br><br> ANDREW HARRISON KRAMER, <br><br> Defendant. | No. 16-50305 <br><br> D.C. No. 2:15-cr-00606-RGK <br> Central District of California, <br> Los Angeles |
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ROSALINDA KRAMER; et al., <br><br> Movants-Appellants, <br><br><br> ANDREW HARRISON KRAMER, <br><br> Defendant. | No. 16-50306 <br><br> D.C. No. 2:15-cr-00606-RGK <br> Central District of California, <br> Los Angeles <br><br><br><br> ORDER |

DV/AppComm Direct Criminal

The court sua sponte consolidates appeal Nos. 16-50305 and 16-50306.

The previously established briefing schedule in appeal No. 16-50305 shall govern these consolidated appeals.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: David J. Vignol
Deputy Clerk